HENRY B. CULVER v. EDWIN C. GREGORY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order.   Present— Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EMERSON BUILDING COMPANY v. LILLIAN M. SORESI.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

TILLIE MENDELSON v. BENJAMIN J. WEIL.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RENNIERE PROCESS, INC., v. HASKINS & SELLS COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JAMES CARSTAIRS and Others v. HELEN M. SPEAR, Impleaded, etc.— Motion to dismiss appeal denied.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARY C. THORNE v. JOEL W. THORNE.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ESTELLE BRUNOR v. EMILE BRUNOR.— Motion to dismiss appeal granted, unless appellant complies with terms of order.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN O'BRIEN v. JOHN STAHL.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order.   Application for the relief sought by appellant must be made to the court at Special Term.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CORNELIUS J. FLOOD.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS F. TURLEY v. DORA HASKEL.— Application denied, with ten dollars costs.   Order signed.   Present— Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ARTISTIC SHEET METAL WORKS, INC., v. THE COCA COLA BOTTLING COMPANY OF NEW YORK.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MILLARD H. JENCKS v. R. H. MACY & COMPANY, INC.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SIDNEY H. HINTON v. R. H. MACY & COMPANY, INC.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PASQUALE ZARIELLO v. U-NEED ICE COMPANY, INC.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.